AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
CONTENTS OF FLORIDA CREDIT UNION ACCT#
427885, CHECKING ACCT# 0008, IN THE NAME
OF JUSTIN LEWIS

)
)
)
)
)

Case No.    1:18mj

1-18-mj-7-
GRJ

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ____Northern____ District of _____Florida_____ is subject to forfeiture to the United States of America under ____18____ U.S.C. § 981 and 982 *(describe the property)*:

All funds contained in Florida Credit Union Account # 427885, Checking Account # 0008, in the name of Justin Lewis.

The application is based on these facts:
See Attached Affidavit incorporated by reference as if fully restated herein, which sets forth probable cause to forfeit the property and reasons why an order under 21 U.S.C. § 853(e) may be inadequate. The United States asserts that the Court should issue a Criminal Seizure Warrant as authorized under 21 U.S.C. § 853(f) because (1) there is probable cause to believe that the property to be seized would, in the event of conviction, be subject to forfeiture, and (2) an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

BRANNON BAXTER, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Feb. 6, 2018__

_____
*Judge's signature*

City and state:  Gainesville, Florida

____GARY R. JONES, U.S. MAGISTRATE JUDGE____
*Printed name and title*